**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert J. Pilla                                                              CHAPTER 13
        Tatiana June Pilla aka Tatianna Pilla

                                                                     BKY. NO. 17-15135 AMC
                        Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 /s/Rebecca A. Solarz
                                                 Rebecca Solarz
                                                 21 Aug 2020, 16:23:40, EDT

                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322