# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Robert J Pilla & Tatiana June Pilla | : BKY. NO.   17-15135-AMC |
| | : |

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received to the Motion to Modify Plan.

DATED: July 5, 2021

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047
(215) 741-1100
Fax (215) 741-4029
Email:  mpk@cowanandkelly.com