# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: : BKY. NO.17-15135-AMC
Robert J Pilla and Tatiana June Pilla :
: **CHAPTER 13**

## ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** this _____ day of _____, 2021, upon Motion and after Notice and Hearing, it is

**ORDERED** that pursuant to 11 USC Section 1329, the Debtor's Modified Chapter 13 Plan filed at docket number **46** is approved.

BY THE COURT:

**Date: July 6, 2021**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE