**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Robert J. Pilla**<br>　　　**Tatiana June Pilla aka Tatianna Pilla**<br>　　　　　　　　　　**Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　**Movant**<br>　　　　vs.<br><br>**Robert J. Pilla**<br>**Tatiana June Pilla aka Tatianna Pilla**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West Esq.,**<br>　　　　　　　　　　**Trustee** | **BK NO. 17-15135 AMC**<br><br>**Chapter 13** |

**CERTIFICATE OF SERVICE
NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE
COVID-19 PANDEMIC**

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 20, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Robert J. Pilla
623 Rosa Avenue
Croydon, PA 19021

Tatiana June Pilla aka Tatianna Pilla
623 Rosa Avenue
Croydon, PA 19021

Attorney for Debtor(s)
Michael P. Kelly, Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>January 20, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com