# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** ROBERT J PILLA

      TATIANA JUNE PILLA

            : **CHAPTER 13**

            :

            : **BANKRUPTCY NO.** 17-15135-AMC

            :

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                                           Respectfully submitted,

**3/31/2022**

                                                                           /s/ KENNETH E. WEST

                                                                           KENNETH E. WEST, Esquire
                                                                           Chapter 13 Standing Trustee
                                                                           P.O. Box 40837
                                                                           Philadelphia PA 19107
                                                                           Phone: 215-627-1377