United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-15135-amc

Robert J Pilla                                                                      Chapter 13

Tatiana June Pilla

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 01, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J Pilla, Tatiana June Pilla, 623 Rosa Avenue, Croydon, PA 19021-6107 |
| 13959291 | + | Freedon FCU, PO Box 1545, Bel Air, MD 21014-7545 |
| 13983169 | #+ | Granite State Mgmt & Resources, PO Box 3420, Concord, NH 03302-3420 |
| 14532154 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13990088 | + | PayPal/Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 13982174 | | Pennymac Loan Srvs LLC, c/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd., Ste. 1400, One Penn Ctr. Plaza Phila., PA 19103 |
| 13959297 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14500556 | + | US Department of Education, PO Box 4414, Portland, OR 97208-4414 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2022 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2022 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2022 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13959283 | | Email/Text: membersolutions@ardentcu.org | Apr 02 2022 01:09:00 | Ardent FCU, 200 North 16th Street, Philadelphia, PA 19102 |
| 13959284 | | Email/Text: membersolutions@ardentcu.org | Apr 02 2022 01:09:00 | Ardent Federal Credit, 200 N 16th St, Philadelphia, PA 19102 |
| 13959285 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 02 2022 01:09:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14023382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 02 2022 01:09:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 13959286 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2022 01:13:34 | Cap1/hlzbg, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 13959287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2022 01:13:34 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 13959288 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2022 01:13:30 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |

District/off: 0313-2                          User: admin                                    Page 2 of 3

Date Rcvd: Apr 01, 2022                       Form ID: 138OBJ                                Total Noticed: 38

| | | | |
|---|---|---|---|
| 13996145 | + Email/Text: bnc@bass-associates.com | Apr 02 2022 01:09:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 13965561 | Email/Text: mrdiscen@discover.com | Apr 02 2022 01:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13959290 | + Email/Text: mrdiscen@discover.com | Apr 02 2022 01:09:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13990089 | + Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:27 | Guitar Center, PO Box 965030, Orlando, FL 32896-5030 |
| 13959289 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2022 01:13:30 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14003575 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:27 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14003577 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:28 | LVNV Funding, LLC its successors and assigns as, assignee of Consumer Lending, Receivables Trust 2016-B, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028461 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:27 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13959292 | + Email/Text: bk@lendingclub.com | Apr 02 2022 01:09:00 | Lending Club, 71 Stevenson Street, San Francisco, CA 94105-2934 |
| 13997052 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2022 01:13:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13959981 | + Email/PDF: rmscedi@recoverycorp.com | Apr 02 2022 01:13:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13959293 | + Email/Text: recovery@paypal.com | Apr 02 2022 01:09:00 | Paypal, 2211 North First Street, San Jose, CA 95131-2021 |
| 13959294 | Email/PDF: ebnotices@pnmac.com | Apr 02 2022 01:13:28 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 14024214 | Email/PDF: ebnotices@pnmac.com | Apr 02 2022 01:13:28 | Pennymac Loan Services, LLC, P.O. BOX 2010, Moorpark CA 93020 |
| 14007236 | Email/Text: bnc-quantum@quantum3group.com | Apr 02 2022 01:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14216003 | + Email/Text: bncmail@w-legal.com | Apr 02 2022 01:09:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13959295 | + Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13959296 | + Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:31 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14023417 | + Email/Text: bncmail@w-legal.com | Apr 02 2022 01:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13959297 | + Email/Text: bncmail@w-legal.com | Apr 02 2022 01:09:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 13990087 | + Email/PDF: gecsedi@recoverycorp.com | Apr 02 2022 01:13:34 | Walmart, SYNCB, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 31

District/off: 0313-2                    User: admin                                Page 3 of 3
Date Rcvd: Apr 01, 2022                 Form ID: 138OBJ                             Total Noticed: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14216004 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Tatiana June Pilla mpkpc@aol.com  r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Debtor Robert J Pilla mpkpc@aol.com  r47593@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC robert.davidow@phelanhallinan.com |
| THOMAS SONG | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Robert J Pilla and Tatiana June Pilla

             Debtor(s)

Case No: 17−15135−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/1/22