# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Robert J. Pilla<br>Tatiana June Pilla aka Tatianna Pilla<br>                        Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                        Movant<br>      vs.<br><br>Robert J. Pilla<br>Tatiana June Pilla aka Tatianna Pilla<br>                        Debtor(s)<br><br>**William C. Miller Esq.**,<br>Trustee | **BK NO. 17-15135 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 17** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 18, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Robert J. Pilla
623 Rosa Avenue
Croydon, PA 19021

Tatiana June Pilla aka Tatianna Pilla
623 Rosa Avenue
Croydon, PA 19021

Attorney for Debtor(s)
Michael P. Kelly, Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

Trustee
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: August 18, 2021

                                                    **/s/Rebecca A. Solarz, Esquire**
                                                    Rebecca A. Solarz, Esquire
                                                    Phone: (215) 825-6327
                                                    Email: rsolarz@kmllawgroup.com